DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)
MICHELLE M. THOMSON (SBN 193658)
Attorneys at Law
260 California Street, Suite 1002
San Francisco, California 94111
Telephone (415) 989-7900

Counsel for Defendant
TOMMY CHOW

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0428 SI |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER |
| vs. ) | |
| TOMMY CHOW ) | |
| PHAT VAN VUONG ) | |
| THEODORE HONNIBALL, ) | |
| Defendant. ) | |

Upon stipulation of the parties to the above-entitled matter, and Good Cause having been shown, IT IS HEREBY ORDERED that the sentencing hearing currently set for August 3, 2007 at 11:00 a.m. be continued until October 12, 2007 at 11:00 a.m.

DATED: 08/02/07 _____

_____
ILSTON,
DISTRICT COURT

Judge Susan Illston

Approved as to form and content:

DATED:                                  /S/
                                        **ANDY SCOBLE**
                                        Assistant United States Attorney

DATED:                                  /S/
                                        **DOUGLAS L. RAPPAPORT**
                                        Attorney for **TOMMY CHOW**

DATED:                                  /S/
                                        **LEWIS ROMERO**
                                        Attorney for **THEODORE HONNIBALL**

DATED:                                  /S/
                                        **STEVE TEICH**
                                        Attorney for **PHAT VAN VUONG**