UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-428SI |
| Plaintiff, | |
| v. | |
| TOMMY CHOW, | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| Defendant. | |

This matter having come before the Court upon Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The restriction prohibiting **Tommy Chow** from traveling outside the Northern District of California will be modified to allow him to travel to Los Angeles on August 24 on Southwest Airlines Flight 2647 @ 11:00am and return to Oakland on August 26 on Southwest Flight # 165 at 5:30pm. His contact number will remain unchanged.

2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: August __10__, 2007



UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Judge Susan Illston